# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2025 NOV -5 P 12: 10
CLERK OF COURT

(Full name of plaintiff(s))

Jeffrey Lamont Lee — petitioner

v.

(Full name of defendant(s))

Milwaukee County

The City of Milwaukee Police Dept.

Gambino law offices, et Al., Respondent

Case Number: 25-C 1725

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Milwaukee, Wisconsin (State) and resides at

4609 N. 44st Milwaukee, WI 53218 (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Milwaukee County, City of Milwaukee Police Dept., Gambino law offices (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____WI_____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Who: Milwaukee County (Circuit Court and District Attorney)
what: Didn't follow WI state statues that governs formal proceeding for the Circuit Court Judge and the District Attorney, Depriving Mr. Lee of fair Due-Process thats gaurenteed by the United states constitution that caused irrepairable injury.
when: 10-25-2018 in case # 2018CF5088 for trial that started 02/18/2019. So at Intake and all the way thru trial.
Where it happened; and: In the Milwaukee County Circuit Court.
Why they did it, if you know: For a conviction (For conviction Status)

Complaint – 2

who: City of Milwaukee 4th District Police Dept.

what: Didn't follow WI State Statues for law enforcement agency while conducting a criminal investigation in a violent crime in the preservation and collection of Blood (Biological material)

when: October 21, 2018

where: City of Milwaukee at 9857 W. Menomonee Park Court #8 Milwaukee County (Milw, WI) 53225

why: Don't know, I'm guessing they were rushing to Judgement and skipped procedures

who: Gambino law offices (lawyer that was from their office by the name of Daniel Sevcik

what: He didn't properly represent me and his performance was deficiant that led to me being convicted. He didn't hold the state accountable for all the procedural errors that took place in my case. He worked with the state and handed me over to them on a civil platter and kept telling me that I can appeal.

when: February 18, 2018 in case #2018CF5088 and all thru out the case that started Oct 25, 2018

where: Milwaukee County Circuit Court

why: Don't know - (am guessing Favor)

Complaint – 3

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Monetary Compensation in the amount of 100 million Dollars for Deprivation of liberty without fair Due process after taxes, Court Case and lawyer Fees.

Would like a Civil rights Federal Criminal Investigation into the things that was done that led to a conviction that caused irrepairable injury in my life.

Would like Criminal charges and prison time if the investigation reveals that a crime was done for conviction status.

Complaint – 4

E.  JURY DEMAND

   I want a jury to hear my case.

   [✓] – YES     [ ] – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __5th__ day of __November__ 20__25__.

Respectfully Submitted,

_Jeffrey L. Lee_
Signature of Plaintiff

_262-278-5975_
Plaintiff's Telephone Number

_Jeffreylee123@Icloud.com_
Plaintiff's Email Address

_4609 N. 44 St_
_Milwaukee, WI 53218_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

[✓] I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

[ ] I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.